# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| E & G, INC., a West Virginia corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 6:17-cv-00318-TMC ) |
| v. | ) **CLASS ACTION** ) |
| MOUNT VERNON MILLS, INC., and JOHN DOES 1-5, | ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiff, E&G, INC., by and through its attorneys, hereby gives notice of the withdrawal of Plaintiff's Motion to Stay pending Petition for Permission to Appeal pursuant to Rule 23(f) filed on September 16, 2019. (Doc. 124).

Respectfully submitted,

By: s/Johnny G. Felder, Jr.
John G. Felder, Jr.
McGOWAN HOOD FELDER
1517 Hampton St.
Columbia, SC  29201
Telephone:  803-779-0100 / Fax:  803-256-0702

Ryan M. Kelly (*admitted pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500 / Fax:  847-368-1501

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record and I hereby certify that the foregoing document or paper will be served on all attorneys of record.

s/ John G. Felder, Jr.